IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Rhonda Hudson, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv115 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on February 17, 2010 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 9, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the Court **AFFIRMS** the decision of the ALJ and **DISMISSES** this case from the docket of the Court.

IT IS SO ORDERED.

            ___s/Susan J. Dlott_____
            Chief Judge Susan J. Dlott
            United States District Court