IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rhonda Hudson,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:09cv115

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on February 17, 2010 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 9, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the Court **AFFIRMS** the decision of the ALJ and **DISMISSES** this case from the docket of the Court.

IT IS SO ORDERED.

                                                                     s/Susan J. Dlott
                                                                    Chief Judge Susan J. Dlott
                                                                    United States District Court